H. H. (Shashi) Kewalramani (Bar No. 262290)
shashi@shklegal.com
**SHK Legal, APC**
2603 Main Street, Suite 350
Irvine, CA 92614
Telephone: (714) 335-4590
Facsimile: (714) 602-9290

Attorney for Defendant Louis J. Vadino

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS J. VADINO, <br><br> Defendant. | Case No. SA CR 12-128 AG <br><br> **ORDER GRANTING UNOPPOSED MOTION TO MOVE SENTENCING AND POST TRIAL MOTION HEARING TO MARCH 20, 2017 FROM MARCH 13, 2017** <br><br> Current Date: March 13, 2017 <br> Current Time: 2 p.m. <br><br> New Date: March 20, 2017 <br> New Time: 2 p.m. |

For the reasons set forth in the Unopposed Motion To Move Sentencing And Post Trial Motion Hearing To March 20, 2017 From March 13, 2017, and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing hearing and post trial hearing motion hearing is re-set to March 20, 2017 at 2 p.m.

Date: March 06, 2017          _____
                                            HON. ANDREW J. GUILFORD
                                            United States District Judge

---

**ORDER GRANTING UNOPPOSED MOTION TO MOVE SENTENCING AND POST TRIAL MOTION HEARING TO MARCH 20, 2017 FROM MARCH 13, 2017**