H. H. (Shashi) Kewalramani (Bar No. 262290)
shashi@shklegal.com
**SHK Legal, APC**
2603 Main Street, Suite 350
Irvine, CA 92614
Telephone:  (714) 335-4590
Facsimile:    (714) 602-9290

Attorney for Defendant Louis J. Vadino

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LOUIS J. VADINO,<br><br>    Defendant. | Case No. SA CR 12-128 AG<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MOVE SENTENCING AND POST TRIAL MOTION HEARING TO APRIL 17, 2017 FROM MARCH 20, 2017**<br><br>Current Date:  March 20, 2017<br>Current Time: 2 p.m.<br><br>New Date: April 17, 2017<br>New Time: 2 p.m. |

For the reasons set forth in the Unopposed Motion To Move Sentencing And Post Trial Motion Hearing To April 17, 2017 From March 20, 2017, and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing hearing and post trial hearing motion hearing is re-set to April 17, 2017 at 2 p.m.

Date:  March 16, 2017                           _____
                                                                HON. ANDREW J. GUILFORD
                                                                United States District Judge

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE SENTENCING AND POST TRIAL MOTION HEARING TO APRIL 17, 2017 FROM MARCH 20, 2017**